UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LISA GOLDSCHMIDT,**      CASE NO. 3:12-cv-132

   Plaintiff,      **Judge Timothy S. Black**
                       **Magistrate Judge Michael R. Merz**

  **-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

   Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 11) is **ADOPTED** in its entirety; the Plaintiff's Objections (Doc. 13) are **OVERRULED**; that the Commissioner's Decision that the Plaintiff was not disabled is **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: January 15, 2013                              **JOHN P. HEHMAN, CLERK**

                                                                 By: _س/ M. Rogers_
                                                                 Deputy Clerk