UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**LISA GOLDSCHMIDT,**            CASE NO.   **3:12-cv-132**

    Plaintiff,                             **Judge Timothy S. Black**
                                           **Magistrate Judge Michael R. Merz**

  **-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 11) is **ADOPTED** in its entirety; the Plaintiff's Objections (Doc. 13) are **OVERRULED**; that the Commissioner's Decision that the Plaintiff was not disabled is **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: January 15, 2013                                        **JOHN P. HEHMAN, CLERK**

                                                             By: *s/ M. Rogers*
                                                             Deputy Clerk